# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODNEY VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 1:23-cv-00096-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLIANTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 10) |

Plaintiff Michael Rodney Valdez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 21, 2023, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 9.) Plaintiff failed to file an amended complaint. Therefore, on April 4, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 10.)

Plaintiff filed a response to the order to show cause on April 18, 2023. (ECF No. 11.) In his response, Plaintiff states that he sent his amended complaint prior to the thirty day time frame. (Id.) Plaintiff states that he has a copy of the amended complaint but does not wish to send his only copy. (Id.) Plaintiff is advised that, to date, the Court has not received a copy of his amended complaint and this action cannot proceed. It is the responsibility of Plaintiff to prosecute this action and to submit a copy of his amended complaint in compliance with the Court's February 21, 2023, even if it is necessary for him to obtain a copy and/or to handwrite his amended

complaint. Accordingly, it is HEREBY ORDERED that:

1. The Court's April 4, 2023, order to show cause is discharged;
2. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint; and
3. The failure to comply with this order will result in a recommendation to dismiss this action for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute.

IT IS SO ORDERED.

Dated:  **April 19, 2023**

UNITED STATES MAGISTRATE JUDGE

2