UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODNEY VALDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No. 1:23-cv-00096-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(ECF No. 15) |

Plaintiff Michael Rodney Valdez ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2023, the assigned Magistrate Judge issued findings and recommendation recommending that the action be dismissed for failure to state a cognizable claim for relief. (ECF No. 15.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. (*Id*. at 5.) No objections were filed and the time to do so has passed.

///

///

///

1

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 17, 2023, (ECF No. 15), are adopted in full;
2. This action is dismissed for failure to state a cognizable claim for relief; and
3. The Clerk of Court is directed to terminate this action.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE